UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: KARHANEK, DEBRA J. | § § § § | Case No. 11-34940 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on December 4, 2012 in Courtroom 642, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/31/2012  By:  Ira Bodenstein
                              Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: KARHANEK, DEBRA J. § Case No. 11-34940
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 8,000.00

*and approved disbursements of* $ 75.00

*leaving a balance on hand of* [1] $ 7,925.00

**Balance on hand:** $ 7,925.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,925.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,550.00 | 0.00 | 1,550.00 |

Total to be paid for chapter 7 administration expenses: $ 1,550.00
Remaining balance: $ 6,375.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,375.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,375.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 289,467.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A FBO Bank of America | 5,479.99 | 0.00 | 120.69 |
| 2 | US BANK N.A. | 14,696.21 | 0.00 | 323.66 |
| 3 | U.S. Bank National Association | 269,291.72 | 0.00 | 5,930.65 |

Total to be paid for timely general unsecured claims: $ 6,375.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:     $     0.00


Prepared By: /s/Ira Bodenstein
                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-34940-TAB
Debra J. Karhanek                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen          Page 1 of 3            Date Rcvd: Nov 05, 2012
                         Form ID: pdf006       Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2012.
```
db         +Debra J. Karhanek,    809 Ridge Ave,   #2,   Evanston, IL 60202-4341
17720175   #+AT&T,    PO Box 8100,   Aurora, IL 60507-8100
17720176    Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
17720177    Chase,    Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17720182   +Chase Bank, USA, NA.,    131 South Dearborn Street,    5th Floor,   Chicago, IL 60603-5571
17720184   +Citibank,    P.O. Box 6000,    The Lakes, NV 89163-0001
17720185   +Coca Cola,   12200 South Laramie Avenue,    Alsip, IL 60803-3199
17720186   +Corporate Creations,    1433 W Belmont #C,   Chicago, IL 60657-9532
17720187   +D & J Computer Consulting,    721 Hinman,   Evanston, IL 60202-2585
17720188    Deluxe Business Systems,    PO Box 742572,   Cincinnati, OH 45274-2572
17720190   +Dufeck Mfg,    210 Maple St,   PO Box 428,   Denmark, WI 54208-0428
17720191   +East Troy,   PO Box 541,   East Troy, WI 53120-0541
17720192   +Ellsworth's Stationers,    112 No. Glendora Ave.,    Glendora, CA 91741-3389
19263260    FIA CARD SERVICES, N.A,    Bank of America NA USA,    MBNA America Bank NA,    PO Box 15102,
              Wilmington, DE 19886-5102
17720193   +Fox Valley Fire and Safety,    2730 Pinnacle Drive,    Elgin, IL 60124-7943
17720194   +Fratelli Coffee Co.,    4936 N River Rd,   Schiller Park, IL 60176-1120
17720195    Groot,    PO Box 92317,   Elk Grove Village, IL 60009-2317
17720196   +IL Dept. of Employment Security,    335 State St.,   10th Floor,    Chicago, IL 60604
17720197   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Division,
              100 W. Randolph Street,    Chicago, IL 60601)
17720201   +Juan Castillo,   1003 Washington St.,    Evanston, IL 60202-4325
17720202   +Law Offices of Douglas R Johnson PC,    321 N Clark St., 5th Floor,    Chicago, IL 60654-4769
17720203   +Lex Meat,    557 Clavey Court,   Highland Park, IL 60035-4526
17720207   +MT Foodservice,    400 N Noble St,   Chicago, IL 60642-6697
17720204   +Michael D. Fine,    131 South Dearborn St.,   Floor 5,    Chicago, IL 60603-5571
17720205   +Michael Fine,    131 S. Dearborn,   Chicago, IL 60603-5571
17720206   +Mickey's Linen,    4601 W Addison St,   Chicago, IL 60641-9911
17720208    Nicoles's,   1505 N Kingsbury St,    Chicago, IL 60642-2533
17720209    Orkin Pest Control,    200 Howard Ave,   Suite 236,    Des Plaines, IL 60018-5909
17720210   +Red Hen Bread,    250 N Western Ave,   Chicago, IL 60612-2224
17720211   +Reinhart Foodservice,    9950 S Reinhart Dr,    PO Box 395,   Oak Creek, WI 53154-0395
17720212   +Royal Publishing,    7620 N. Harker Drive,   Peoria, IL 61615-1857
17720213   +Ruth and Phils Courmet Ice Cream,    5333 N Lincoln Ave,    Chicago, IL 60625-2300
19399849   +U.S. Bank National Association,    c/o Sheryl A Fyock Latimer LeVay,
              55 West Monroe Street Ste 1100,    Chicago, Il 60603-5128
19362371   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
17720216    US Bank,   P.O. Box 7298,    Springfield, OH 45501-7298
17720217   +US Department of Labor,    Wage & Hour Division,    PO Box 2638,   Chicago, IL 60690-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17720189    E-mail/Text: cio.bncmail@irs.gov Nov 06 2012 02:06:02     Department of the Treasury,
              Internal Revenue Service,    Cincinnati, OH 45999-0039
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17720178*    Chase,    Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17720179*    Chase,    Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17720180*    Chase,    Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17720181*    Chase,    Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
17720183*   +Chase Bank, USA, NA.,    131 South Dearborn Street,    5th Floor,   Chicago, IL 60603-5571
17720198*   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Division,
              100 W. Randolph Street,    Chicago, IL 60601)
17720199*   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Division,
              100 W. Randolph Street,    Chicago, IL 60601)
17720200*   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Division,
              100 W. Randolph Street,    Chicago, IL 60601)
17720214*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    4801 Frederick Street,    Owensboro, KY 42301)
17720215*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Cardmember Service,    PO Box 6353,   Fargo, ND 58125)
17720218*   +US Department of Labor,    Wage & Hour Division,    PO Box 2638,   Chicago, IL 60690-2638
                                                                                TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: cgreen             Page 2 of 3           Date Rcvd: Nov 05, 2012
                              Form ID: pdf006          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2012**                          **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: cgreen              Page 3 of 3                   Date Rcvd: Nov 05, 2012
                               Form ID: pdf006           Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2012 at the address(es) listed below:
```
          Ira  Bodenstein    on behalf of Trustee Ira Bodenstein iratrustee@shawgussis.com,
           IL29@ecfcbis.com;cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
          Joseph E Cohen    on behalf of Debtor Debra Karhanek jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;gkrol@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sheryl A Fyock    on behalf of Creditor   U.S. Bank National Association sfyock@llflegal.com
                                                                                             TOTAL: 5
```